## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:22-MJ-2966 | Aug 3, 2022  11:30A | Det Brian Calicchia (LAPD) |

Inventory made in the presence of:
LAPD Det Brian Calicchia

Inventory of the property taken and name of any person(s) seized:

Target Device 1 - Samsung IMEI 353388682084100 (Control #9 (LAPD))
Target Device 2 - Samsung SM-N975U IMEI 359619100256795 (LAPD Control #29)
Target Device 3 - Samsung IMEI 358215090470602 (LAPD Control #34)
Target Device 4 - 16GB SanDisk thumb drive BLZ102640990W (LAPD Control #48)
Target Device 5 - 32GB SanDisk thumb drive BM2011535484 (LAPD Control #49)
Target Device 6 - 32GB SanDisk thumb drive BM2008581594 (LAPD Control #50)
Target Device 7 - Seagate hard drive NAA5NV18 (LAPD Control #89)
Target Device 8 - Apple A1311 computer C02FGQ0XDHJF (LAPD Control #165)
Target Device 9 - HP Computer MXL3300NBS 83300SFF (LAPD Control #346)
Target Device 10 - Seagate hard drive NA9DHFKV (LAPD Control #347)
Target Device 11 - Green Seagate hard drive NZ0TMWPZ (LAPD Control #350)
Target Device 12 - Samsung cell phone IMEI 350121672935566 (LAPD Control #351)
Target Device 13 - SanDisk thumb drive 64GB BN1803262535 (LAPD Control #383)
Target Device 14 - SanDisk thumb drive (LAPD Control #384)
Target Device 15 - 32GB SanDisk thumb Drive BM190657454W (LAPD Control #385)
Target Device 16 - 16GB SanDisk thumb Drive BLZ102640990W (LAPD Control #386)
Target Device 17 - HP Desktop MXL3120190 (LAPD Control #463)
Target Device 18 - Lenovo Laptop PF05YVRQ (LAPD Control #500)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Aug 3, 2022

_Executing officer's signature_

Phyllis McLean FBI Special Agent
_Printed name and title_